# Court of Appeals
# of the State of Georgia

ATLANTA,___May 25, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1736.  TIMOTHY A. HENRY v. THE STATE.**

In February 2010, Timothy A. Henry was convicted by a jury of two counts of aggravated child molestation, two counts of aggravated sodomy, and one count of child molestation.  After the trial court granted Henry's motion for out-of-time appeal, his convictions were affirmed by this Court.  See *Henry v. State*, 316 Ga. App. 132 (729 SE2d 429) (2012).  In September 2015, Henry filed another motion for out-of-time appeal, which the trial court denied.  Henry then filed this direct appeal.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal. . . . [I]t is not a remedy available to a criminal defendant whose conviction has been reviewed by an appellate court on direct appeal since that defendant is not entitled to a second direct appeal from his judgment of conviction." *Milliken v. State*, 259 Ga. App. 144, 145 (575 SE2d 910) (2003) (punctuation and footnote omitted).  Because Henry already has had a direct appeal, he is not entitled to an out-of-time appeal.  See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal.").  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____05/25/2016_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*